UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NANCY RAUCH,

              Plaintiff,

v.

CMFG LIFE INSURANCE COMPANY,

              Defendant.
-----------------------------------------------------------x

**ORDER**

23-CV-09790 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 2, 2023, Plaintiff Nancy Rauch ("Plaintiff") commenced the instant action against Defendants CMFG Life Insurance Company ("Defendant") in the Supreme Court of the State of New York, County of Rockland. (Doc. 1-1). On November 6, 2023, Defendant removed this action to the Southern District of New York. (Doc. 1). I was assigned to this case on November 7, 2023.

On November 9, 2023, I granted Defendant's request for an extension of time to move, answer or otherwise respond to the Complaint to November 20, 2023, on consent of Plaintiff. (Doc. 5). Thereafter, I granted Defendant's second request for an extension of time to move, answer or otherwise respond to the Complaint to November 22, 2023, on consent of Plaintiff. (Doc. 7). On November 21, 2023, Defendant filed a letter requesting a pre-motion conference regarding its anticipated motion to dismiss and indicating that the parties had exchanged letters setting forth their respective positions in accordance with the Court's Individual Practices Rules 2(C) and 4(C). (Doc. 21). Plaintiff did not file her response to Defendant's pre-motion letter within five business days, as directed in Rule 2(C). On November 29, 2023, I directed Plaintiff to respond to Defendant's pre-motion letter by December 4, 2023. (Doc. 10). Plaintiff has not filed a response to Defendant's pre-motion letter.

Plaintiff is directed respond to Defendant's pre-motion letter by **December 14, 2023 at 5:00 p.m.** Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED:**

Dated: White Plains, New York
       December 7, 2023

_____
Hon. Philip M. Halpern
United States District Judge