**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NANCY RAUCH,

                Plaintiff,

-against-                                  23 **CIVIL** 9790 (PMH)

**JUDGMENT**

CMFG LIFE INSURANCY COMPANY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 6, 2025, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 6, 2025

                                                **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                        **BY:**      K. Mango

                                                **Deputy Clerk**